BISBEE-BALDWIN CORPORATION, a corporation under the laws of Florida, v. REAUBEAN ALVIS REYNOLDS and EDNA I. REYNOLDS, his wife.

36 So. (2nd) 790                      January Term, 1948
March 19, 1948                            En Banc
Rehearing denied May 12, 1948.

PER CURIAM:
Affirmed.

HARRY M. LORBACH v. DON D. ECKIS and ZELIA M. ECKIS, his wife; FLORIDA QUICK-FREEZE & COLD STORAGE COMPANY, a Florida corporation; and JOHN A. BOUVIER, JR.

35 So. (2nd) 412                      January Term, 1948
March 23, 1948                  Special Division B
Rehearing denied May 10, 1948.

PER CURIAM:
Affirmed.

RUDOLPH ANDREWS v. STATE OF FLORIDA

35 So. (2nd) 15                      January Term, 1948
April 20, 1948                   Special Division B

PER CURIAM:
Affirmed.